**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000743**
**19-FEB-2026**
**08:00 AM**
**Dkt. 11 ODSD**

NO. CAAP-25-0000743

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BREEZE CORLION DOLZOZI, Petitioner-Appellant,
v.
DAMARAH HARA LANGE, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DSS-25-0000118)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Hiraoka, and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On October 23, 2025, self-represented Petitioner-Appellant Breeze Corlion Dolzozi (**Dolzozi**) filed a notice of appeal.

(2) The record on appeal was due December 9, 2025. See Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 11(b)(1).

(3) On December 17, 2025, the appellate clerk entered a default of the record on appeal, informing Dolzozi that the time to docket the record on appeal had expired, Dolzozi had not paid the filing fees, the record on appeal cannot be prepared and filed without full payment of all fees or an order allowing Dolzozi to proceed on appeal *in forma pauperis*, the matter would be brought to the court's attention on December 29, 2025 for action that may include dismissal of the appeal, and Dolzozi could seek relief from default by motion.

(4)  Dolzozi has not taken any further action in this appeal.  An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed *in forma pauperis*.  HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, February 19, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge